1  Lawrence D. Rohlfing
2  Attorney at Law: 119433
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)868-5886
4  Fax: (562)868-5491
   E-Mail:rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff OLIVIA GONZALES
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11 | OLIVIA GONZALES,                    ) Case No. 1:10 CV 1330 SKO
                                         )
12 |          Plaintiff,                 ) STIPULATION TO EXTEND TIME
   | v.                                  ) AND ORDER
13 |                                     )
   | MICHAEL J. ASTRUE,                  )
14 | Commissioner of Social Security.    )
                                         )
15 |          Defendant.                 )
                                         )
16 |                                     )
   | _____   )
17

18        Plaintiff Olivia Gonzalez ("Plaintiff") and defendant Michael Astrue,

19 Commissioner of Social Security ("Defendant"), through their undersigned counsel

20 of record, hereby stipulate, subject to the approval of the Court, to extend the time

21 for Plaintiff to file Plaintiff's Opening Brief to April 13, 2011; and that Defendant

22 shall have until May 13, 2011, to file his opposition, if any is forthcoming. Any

23 reply by plaintiff will be due May 27, 2011.

24

25 ///

26 ///

27 ///

28 ///

An extension of time is needed in order to properly address the complex issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 17, 2011          Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Lawrence D. Rohlfing*

                    BY: _____
                          Lawrence D. Rohlfing
                          Attorney for plaintiff Olivia Gonzales

ATE: March 17, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Chief, Civil Division

                                      /s/ *Elizabeth Firer*

                    BY: _____
                          Elizabeth Firer
                          Special Assistant United States Attorney
                          Attorney for Defendant
                          [*Via email authorization]

## **ORDER**

Upon the parties' stipulation, IT IS ORDERED that Plaintiff may have an extension of time, to and including **April 13, 2011**, in which to file Plaintiff's Opening Brief. Defendant may have an extension of time to **May 13, 2011**, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by Plaintiff will be due by **May 27, 2011**.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

Dated:   **March 18, 2011**                              **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE