1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLIVIA GONZALES, | ) | 1:10-cv-01330-SKO |
| | ) | |
| | ) | **ORDER ON PLAINTIFF'S MOTION FOR** |
| Plaintiff, | ) | **AN EXTENSION OF TIME** |
| | ) | |
| v. | ) | (Doc. 16) |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

18

19   On March 18, 2011, the Court granted the parties' stipulated request that Plaintiff be

20   permitted to file an opening brief on or before April 13, 2011, that Defendant be permitted to file an

21   opposition brief or before May 13, 2011, and that Plaintiff be permitted to file a reply brief on or

22   before May 27, 2011.

23   On March 14, 2011, Plaintiff filed an opening brief and simultaneously requested that the

24   Court grant an extension of time to file the brief, *nunc pro tunc*. (Doc. 16.) Plaintiff requested that

25   the Commissioner also be granted a one-day extension of time to file an opposition brief. The

26   Commissioner filed a statement of non-opposition to Plaintiff's motion. (Doc. 17.)

27   ///

28   ///

1    Accordingly, it is HEREBY ORDERED THAT:

2        1.    Plaintiff's request for a one-day extension of time to file an opening brief is

3              GRANTED *nunc pro tunc;*

4        2.    Defendant shall file an opposition brief on or before May 14, 2011; and

5        3.    Plaintiff may file a reply brief on or before May 27, 2011.

6

7

8    IT IS SO ORDERED.

9    **Dated:    April 14, 2011**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2