1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12  OLIVIA GONZALES,                    )
                                        )       CIVIL NO. 1:10-CV-01330 SKO
13          Plaintiff,                  )
                                        )
14              v.                      )       STIPULATION AND ORDER TO EXTEND
                                        )       TIME
15  MICHAEL J. ASTRUE,                  )
    Acting Commissioner of             )
16  Social Security,                    )
                                        )
17          Defendant.                  )
    _____)
18

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including

21  June 15, 2011, in which to respond to Plaintiff's Opening Brief.  This extension is being sought because

22  the undersigned counsel for the Commissioner is recovering from two orthopedic surgeries one of which

23  has been more complicated than expected.  Since returning to the office on April 7, 2011, Counsel has

24  not yet been able to work a full week.  She also has four district court briefs due the week of May 9-13

25  and, given the unexpected absences, has been unable to complete the Commissioner's response within

26  the time granted in the Commissioner's first extension.

27  ///

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, i.e., Plaintiff shall have 14 days from the date the Commissioner files his brief to file a reply.

Respectfully submitted,

Dated: May 13, 2011

*/s/Lawrence D. Rohlfing*
LAWRENCE D. ROHLFING
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: May 13, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

**Dated:   May 16, 2011**                           */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE